Case 1:08-cv-10881-DC   Document 27-2   Filed 03/18/2010   Page 2 of 5

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 APR 2010

------------------------------------X
April Gallup, for Herself and as mother
and Next friend of Elisha Gallop, a Minor

-v-

Dick Cheney, Vice President of the
U.S.A, et al
------------------------------------X

NOTICE OF APPEAL

08 civ. 10881 (DC)

Notice is hereby given that **April Gallup and Elisha Gallop** (party) hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it] of Judge Denny Chin dated and entered on March 17, 2010 granting Defendants' motion to dismiss, thereby dismissing Plaintiff's complaint with prejudice

entered in this action on the __18__ (day) day of __March__ (month) __2010__ (year)

(Signature) Mustapha Ndanusa
26 Court St, Ste 603 (Address)
Brooklyn, NY 11242 (City, State and Zip Code)
(717) 825 - 7719 (Telephone Number)

Date: April 1, 2010

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

APPEAL_FORMS
U.S.D.C. S.D.N.Y. Docket Support Unit

2010 APR -5 PM 3:19

Revised: May 18, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
APRIL GALLOP, for Herself and as Mother and
Next Friend of ELISHA GALLOP, a Minor,
                            Plaintiff,

-against-

DICK CHENEY, Vice President of the U.S.A.,
DONALD RUMSFELD, former U.S. Secretary of
Defense, General RICHARD NYERS, U.S.A.F.
(Ret.), and JOHN DOES Nos. I-X, all in their
individual capacities,
                            Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/10

08 CIVIL 10881(DC)

**CORRECTED JUDGMENT**

       Defendants having moved to dismiss the complaint, and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on March 15, 2010, having rendered its Memorandum Decision granting defendants' motion to dismiss and dismissing the complaint with prejudice, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision dated March 15, 2010, defendants' motion to dismiss is granted, and the complaint is dismissed with prejudice.

Dated: New York, New York
           March 18, 2010

                                                        **J. MICHAEL McMAHON**
                                                           Clerk of Court
                                        BY:
                                                            Deputy Clerk

                                                           THIS DOCUMENT WAS ENTERED
                                                           ON THE DOCKET ON _____

APPEAL, CLOSED, ECF

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-10881-DC

Gallop v. Cheney et al  
Assigned to: Judge Denny Chin  
Cause: 42:1981 Civil Rights

Date Filed: 12/15/2008  
Date Terminated: 03/16/2010  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**April Gallop**  
*for Herself and as Mother and Next Friend of Elisha Gallop, A Minor*

represented by **William W. Veale**  
William M. Veale, Esq.,  
2033 North Main Street,  
#1060  
Walnut Creek , CA 94596  
(925) 935-3987  
Email: centerfor911justice@gmail.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Dennis Cunningham**  
36 Plaza Street  
Brooklyn , NY 10238  
(718) 783-3682  
*ATTORNEY TO BE NOTICED*

**Mustapha Lakpene Ndanusa**  
Tad & Associates  
1215 Bedford Avenue  
Brooklyn , NY 11216  
(718)-832-9008x783-6819  
Fax: (718)-504-6160  
Email: mndanusa@gmail.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dick Cheney**  
*Vice Present of the U.S.A.*

represented by **Heather Kirsten McShain**  
U.S. Attorney's Office, SDNY (86 Chambers St.)  
86 Chambers Street

New York, NY 10007  
212-637-2200  
Fax: 212-637-2686  
Email: Heather.McShain@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald Rumsfeld**  
*former U.S. Secretary of Defense*

represented by **Heather Kirsten McShain**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Richard Myers**  
*U.S.A.F. (Ret.)*

represented by **Heather Kirsten McShain**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does**  
*1-X, all in their individual capacities*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2008 | 1 | COMPLAINT against Dick Cheney, Donald Rumsfeld, Richard Myers. (Filing Fee $ 350.00, Receipt Number 672413)Document filed by April Gallop.(jmi) (Entered: 12/18/2008) |
| 12/15/2008 |  | SUMMONS ISSUED as to Dick Cheney, Donald Rumsfeld, Richard Myers. (jmi) (Entered: 12/18/2008) |
| 12/15/2008 |  | Magistrate Judge Debra Freeman is so designated. (jmi) (Entered: 12/18/2008) |
| 12/15/2008 |  | Case Designated ECF. (jmi) (Entered: 12/18/2008) |
| 01/21/2009 | 2 | NOTICE OF APPEARANCE by Mustapha Lakpene Ndanusa on behalf of April Gallop (Ndanusa, Mustapha) (Entered: 01/21/2009) |
| 02/05/2009 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint. Dick Cheney served on 1/22/2009, answer due 2/11/2009. Service was made by Mail. Document filed by April Gallop. (Ndanusa, Mustapha) (Entered: 02/05/2009) |
| 02/24/2009 | 5 | MOTION for William Veale to Appear Pro Hac Vice. Document filed by April Gallop.(dle) (Entered: 02/27/2009) |
| 02/26/2009 | 4 | WAIVER OF SERVICE RETURNED EXECUTED. Dick Cheney waiver sent on 1/23/2009, answer due 3/24/2009. Document filed by April Gallop. (Ndanusa, Mustapha) (Entered: 02/26/2009) |
| 03/05/2009 | 6 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 5 Motion for William Veale to Appear Pro Hac Vice. (Signed by |

| | | |
|---|---|---|
| | | Judge Denny Chin on 3/5/09) (mme) (Entered: 03/06/2009) |
| 03/06/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 6 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (mme) (Entered: 03/06/2009) |
| 03/06/2009 | | CASHIERS OFFICE REMARK on 5 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 02/24/2009, Receipt Number 678615. (jd) (Entered: 03/06/2009) |
| 03/18/2009 | 7 | MOTION for Dennis Cunningham to Appear Pro Hac Vice. Document filed by April Gallop.(dle) (Entered: 03/19/2009) |
| 03/19/2009 | 8 | NOTICE OF APPEARANCE by William W. Veale on behalf of April Gallop (Veale, William) (Entered: 03/19/2009) |
| 03/24/2009 | 24 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 7 Motion for Dennis Cunningham to Appear Pro Hac Vice. (Signed by Judge Denny Chin on 3/24/2009) (jpo) (Entered: 01/20/2010) |
| 04/01/2009 | 9 | ORDER It is hereby ordered as follows: A pre-motion conference shall be held on April 8, 2009 at 12 p.m. The parties shall appear before the Court in Courtroom 11A, United States Court House, 500 Pearl Street, New York, New York 10007; Defendants time to respond to the complaint is stayed; and All discovery is stayed pending further order from the Court.. (Signed by Judge Denny Chin on 4/1/09) (mme) (Entered: 04/02/2009) |
| 04/03/2009 | | CASHIERS OFFICE REMARK on 7 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 03/18/2009, Receipt Number 681857. (jd) (Entered: 04/03/2009) |
| 05/01/2009 | 14 | TRANSCRIPT of proceedings held on April 8, 2009 before Judge Denny Chin. (mro) (Entered: 05/07/2009) |
| 05/06/2009 | 10 | MOTION to Dismiss. Document filed by Dick Cheney, Donald Rumsfeld, Richard Myers. Responses due by 6/8/2009(McShain, Heather) (Entered: 05/06/2009) |
| 05/06/2009 | 11 | MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss.. Document filed by Dick Cheney, Donald Rumsfeld, Richard Myers. (McShain, Heather) (Entered: 05/06/2009) |
| 05/06/2009 | 12 | DECLARATION of Heather K. McShain in Support re: 10 MOTION to Dismiss.. Document filed by Dick Cheney, Donald Rumsfeld, Richard Myers. (Attachments: # 1 Exhibit A, # 2 Exhibit B (part 1), # 3 Exhibit B (part 2), # 4 Exhibit C)(McShain, Heather) (Entered: 05/06/2009) |
| 05/06/2009 | 13 | CERTIFICATE OF SERVICE of Notice of Motion, Memorandum of Law, Declaration of Heather McShain (and accompanying exhibits) served on Dennis Cunningham, Esq. on May 6, 2009. Document filed by Dick Cheney, Donald Rumsfeld, Richard Myers. (McShain, Heather) (Entered: 05/06/2009) |
| 05/12/2009 | 15 | TRANSCRIPT of proceedings held on 4/8/2009 before Judge Denny Chin. (jfe) (Entered: 05/12/2009) |

| | | |
|---|---|---|
| 06/05/2009 | 16 | ENDORSED LETTER addressed to Judge Denny Chin from Mustapha Ndanusa dated 6/1/09 re: Counsel for Plaintiffs April Gallop and Elisah Gallop requests that plaintiff's time to oppose the motion to dismiss be extended to 6/29/09 and for defendants time to reply thereafter be extended to 7/17/09. ENDORSEMENT: Approved., Set Deadlines/Hearing as to 10 MOTION to Dismiss : ( Responses due by 6/29/2009, Replies due by 7/17/2009.) (Signed by Judge Denny Chin on 6/5/09) (ae) (Entered: 06/05/2009) |
| 06/29/2009 | 17 | AFFIRMATION of William Veale, Esq. in Opposition re: 10 MOTION to Dismiss.. Document filed by April Gallop. (Attachments: # 1 Exhibit Exhibit A. Book List, # 2 Exhibit Exhibit B. Learned Supporters, # 3 Exhibit Exhibit C. Affidavit of Hordon, # 4 Exhibit Exhibit D. Affidavit of Balsamo, # 5 Exhibit Exhibit E. WTC and Flight 93 Evid., # 6 Exhibit Exhibit F. WTC Testimonials) (Veale, William) (Entered: 06/29/2009) |
| 06/29/2009 | 18 | AFFIDAVIT of David Ray Griffin in Opposition re: 10 MOTION to Dismiss.. Document filed by April Gallop. (Veale, William) (Entered: 06/29/2009) |
| 06/29/2009 | 19 | MEMORANDUM OF LAW in Opposition re: 10 MOTION to Dismiss.. Document filed by April Gallop. (Veale, William) (Entered: 06/29/2009) |
| 07/24/2009 | 20 | REPLY MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss.. Document filed by Dick Cheney, Donald Rumsfeld, Richard Myers. (McShain, Heather) (Entered: 07/24/2009) |
| 07/24/2009 | 21 | CERTIFICATE OF SERVICE of Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss served on Dennis Cunningham on July 24, 2009. Document filed by Dick Cheney, Donald Rumsfeld, Richard Myers. (McShain, Heather) (Entered: 07/24/2009) |
| 08/14/2009 | 22 | ENDORSED LETTER addressed to Judge Denny Chin from William Veale dated 8/12/09 re: counsel for plaintiffs writes to request permission to submit a sur-reply to Defendants' reply-memorandum of law in further support of defendants' motion to dismiss, dated July 24, 2009. ENDORSEMENT: Application granted, but the sur-reply shall be strictly limited to the issue of intra-military immunity. So Ordered. (Signed by Judge Denny Chin on 8/14/09) (pl) (Entered: 08/14/2009) |
| 08/26/2009 | 23 | REPLY AFFIRMATION of Plaintiff in Opposition re: 10 MOTION to Dismiss.. Document filed by April Gallop. (Veale, William) (Entered: 08/26/2009) |
| 03/15/2010 | 25 | MEMORANDUM DECISION: granting 10 Motion to Dismiss. For the foregoing reasons, defendants' motion to dismiss is granted, and the complaint is dismissed, with prejudice. The Clerk of the Court shall enter judgment accordingly. (Signed by Judge Denny Chin on 3/15/2010) (tve) (Entered: 03/15/2010) |
| 03/15/2010 | | Transmission to Judgments and Orders Clerk. Transmitted re: 25 Order on Motion to Dismiss, to the Judgments and Orders Clerk. (tve) (Entered: 03/15/2010) |
| 03/16/2010 | 26 | CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum |

| | | |
|---|---|---|
| | | Decision dated March 15, 2010, defendants' motion to dismiss is granted, and the complaint is dismissed with prejudice. (Signed by J. Michael McMahon, clerk on 3/16/10) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 03/16/2010) |
| 03/18/2010 | 27 | CORRECTED JUDGMENT amending 26 Clerk's Judgment, That for the reasons stated in the Court's Memorandum Decision dated March 15, 2010, defendants' motion to dismiss is granted, and the complaint is dismissed with prejudice. (Signed by J. Michael McMahon, CLERK on 3/18/10) (Attachments: # 1 NOTICE OF RIGHT TO APPEAL)(ml) (Entered: 03/19/2010) |
| 04/01/2010 | 28 | NOTICE OF APPEAL from 27 Corrected Judgment,. Document filed by April Gallop for Herself and as Mother and Next Friend of Elisha Gallop, A Minor. (nd) (Entered: 04/05/2010) |
| 04/01/2010 | | Appeal Remark as to 28 Notice of Appeal filed by April Gallop. $455.00 APPEAL FILING FEE DUE.(nd) (Entered: 04/05/2010) |
| 04/05/2010 | | Transmission of Notice of Appeal to the District Judge re: 28 Notice of Appeal. (nd) (Entered: 04/05/2010) |
| 04/05/2010 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 28 Notice of Appeal. (nd) (Entered: 04/05/2010) |
| 04/05/2010 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 11 Memorandum of Law in Support of Motion filed by Richard Myers, Dick Cheney, Donald Rumsfeld, 16 Endorsed Letter, Set Motion and R&R Deadlines/Hearings,, 10 MOTION to Dismiss. filed by Richard Myers, Dick Cheney, Donald Rumsfeld, 21 Certificate of Service Other filed by Richard Myers, Dick Cheney, Donald Rumsfeld, 7 MOTION for Dennis Cunningham to Appear Pro Hac Vice. filed by April Gallop, 18 Affidavit in Opposition to Motion filed by April Gallop, 26 Clerk's Judgment, 22 Endorsed Letter, 20 Reply Memorandum of Law in Support of Motion filed by Richard Myers, Dick Cheney, Donald Rumsfeld, 27 Amended Judgment, 19 Memorandum of Law in Opposition to Motion filed by April Gallop, 12 Declaration in Support of Motion, filed by Richard Myers, Dick Cheney, Donald Rumsfeld, 9 Order, Set Hearings,, 13 Certificate of Service Other, filed by Richard Myers, Dick Cheney, Donald Rumsfeld, 6 Order on Motion to Appear Pro Hac Vice, 5 MOTION for William Veale to Appear Pro Hac Vice. filed by April Gallop, 28 Notice of Appeal filed by April Gallop, 23 Reply Affirmation in Opposition to Motion filed by April Gallop, 2 Notice of Appearance filed by April Gallop, 24 Order on Motion to Appear Pro Hac Vice, 25 Order on Motion to Dismiss, 17 Affirmation in Opposition to Motion, filed by April Gallop, 4 Waiver of Service Executed filed by April Gallop, 8 Notice of Appearance filed by April Gallop were transmitted to the U.S. Court of Appeals. (nd) (Entered: 04/05/2010) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 04/05/2010 15:18:30 |

| PACER Login: | uc0166 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:08-cv-10881-DC |
| Billable Pages: | 4 | Cost: | 0.32 |