# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of August, two thousand and ten,

_____

| | |
|---|---|
| April Gallop, for Herself and as Mother and Next Friend of Elisha Gallop, A Minor, | **ORDER** |
| | Docket Number: 10-1241 |
| Plaintiff - Appellant, | |
| v. | |
| Dick Cheney, Vice Present of the United States of America, Donald Rumsfeld, former United States Secretary of Defense, General Richard Myers, United States Air Force (Ret.), | |
| Defendants - Appellees, | |
| and | |
| John Does, 1-X, all in their individual capacities, | |
| Defendants. | |

_____

Appellant April Gallop having submitted a brief and appendix that was not in proper form pursuant to FRAP and/or the Local Rules of this Court. Despite due notice the defect has not been cured.

IT IS HEREBY ORDERED that the said brief and appendix is hereby stricken from the docket.

For The Court:

Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe*

Timothy Ralls, Deputy Clerk