UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of August, two thousand and ten,

_____

| | |
|---|---|
| April Gallop, for Herself and as Mother and Next Friend of Elisha Gallop, A Minor, | **ORDER** |
| | Docket Number: 10-1241 |
| Plaintiff - Appellant, | |
| v. | |
| Dick Cheney, Vice Present of the United States of America, Donald Rumsfeld, former United States Secretary of Defense, General Richard Myers, United States Air Force (Ret.), | |
| Defendants - Appellees, | |
| and | |
| John Does, 1-X, all in their individual capacities, | |
| Defendants. | |

_____

A notice of appeal was filed on 04/05/2010. Appellant's brief and appendix, due 08/02/2010, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective 08/30/2010 if the brief and appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe*

Timothy Ralls, Deputy Clerk