# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

———————————————————————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of April, two thousand eleven.

Before: José A. Cabranes,

   *Circuit Judge*.

———————————————————————————

April Gallop, for Herself and as Mother and
Next Friend of Elisha Gallop, A Minor,

   *Plaintiff - Appellant*,

   v.

Dick Cheney, Vice Present of the United States of America,
Donald Rumsfeld, former United States Secretary of Defense,
General Richard Myers, United States Air Force (Ret.),

   *Defendants - Appellees*,

John Does, 1-X, all in their individual capacities,

   *Defendants*.

———————————————————————————

**ORDER**
Docket No.: 10-1241

By motion dated April 4, 2011, Appellant April Gallop requested that Judge John M. Walker, Jr. be disqualified from the panel that will hear oral argument in this appeal.

IT IS HEREBY ORDERED that the motion to disqualify is DENIED without prejudice, as announced by Judge Cabranes on behalf of the panel from the bench at oral argument on April 5, 2011.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk