# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of April, two thousand eleven.

Before:      RALPH K. WINTER,
                 JOHN M. WALKER, Jr.,
                 JOSÉ A. CABRANES,
                         *Circuit Judges*.

_____

April Gallop, individually and for her minor child, E.G.,

    *Plaintiff - Appellant,*                                  **JUDGMENT**
                                                                                 Docket No.: 10-1241

    v.

Richard Cheney, former Vice Present of the United States of America,
Donald Rumsfeld, former United States Secretary of Defense,
General Richard Myers, (Ret.), United States Air Force,

    *Defendants - Appellees,*

    and

John Does, 1-X, all in their individual capacities,

    Defendants.

_____

The appeal in the above captioned case from the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED, in accordance with the opinion of this court. Gallop's counsel are ordered to show cause as directed in the penultimate paragraph of this opinion.

                                                                              FOR THE COURT,
                                                                              CATHERINE O'HAGAN WOLFE, Clerk

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*