# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### 212.857.8585

**DENNIS JACOBS**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

February 9, 2012

Richard Ware Levitt, Esq.
Levitt & Kaizer
23rd Floor
40 Fulton Street
New York, NY 10038

Re: <u>Gallop v. Cheney</u>, 10-1241

Dear Mr. Levitt:

Your client, William Veale, Esq., posed a question to my staff regarding the filing method he should use when submitting the affidavit directed by District Court Judge Brian Cogan in his February 8, 2012 order.

In reviewing the record it appears that Mr. Veale has not filed a notice of appearance in this case as required by Local Rule 12.3(b), despite having filed motions on behalf of Appellant Gallop during the course of the appeal.

Mr. Veale is directed to file a motion for leave to file a late notice of appearance, explaining why no notice of appearance was filed as required by Court rule. That motion, along with the affidavit due February 10, 2012, should be submitted electronically to my email address: <u>Catherine_Wolfe@ca2.uscourts.gov.</u>

At 5:00 p.m. EST today I left a voice message addressing this question for you and Mr. Veale, respectively, at the telephone numbers listed for each of you on the Court docket. If you have any questions, I can be reached at 646.584.2696.

Very truly yours,

cc: all counsel of record