UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

APRIL GALLOP, for herself and as Mother
And Next Friend of ELISHA GALLOP, a Minor,   No. 10-1241

        Plaintiff    MOTION AND AFFIDAVIT
IN SUPPORT OF MOTION
FOR LEAVE TO FILE
LATE NOTICE OF
APPEARANCE

vs.

DICK CHENEY, Vice President of the U.S.A.,
DONALD RUMSFELD, former U.S. Secretary of
Defense, General RICHARD MYERS, U.S.A.F.
(Ret.), and John Does Nos. 1-X, all in their
individual capacities,

        Defendants

---

### AFFIDAVIT OF WILLIAM W. VEALE

I, William W. Veale, declare under penalty of perjury, that due to oversight I failed to file the required Notice of Appearance in the within cause of action. I accept full responsibility for this failure, offer apologies for the inconveniences caused to the Court and for the extra work required of the Clerk's Office and hereby move this Honorable Court for leave to allow a Notice of Appearance to be filed at this time.

The foregoing is true and correct.

Dated:  February 9, 2012

                                                Signed: _s/s_
                                                         William W. Veale