UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

| | |
|---|---|
| APRIL GALLOP, for herself as Mother And Next Friend of ELISHA GALLOP, a Minor,<br><br>      Plaintiff<br><br>vs.<br><br>DICK CHENEY, Vice President of the U.S.A., DONALD RUMSFELD, former U.S. Secretary of Defense, General RICHARD MYERS, U.S.A.F. (Ret.), and John Does Nos. 1-X, all in their individual capacities,<br><br>      Defendants | No. 10-1241<br><br>AFFIDAVIT OF WILLIAM W.VEALE IN RESPONSE TO ORDER OF FEBRUARY 8, 2012 |

## AFFIDAVIT OF WILLIAM W.VEALE

I, William W. Veale, declare under the penalty of perjury, that I have no cases pending in the federal courts of the Second Circuit.

The foregoing is true and correct.

Dated: February 9, 2012

                     Signed: _s/s_
                        William W. Veale