## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

APRIL GALLOP, individually and
for her minor child, E.G.,

    *Plaintiff-Appellant*,                    **Dkt No. 10-1041-cv**

    -v-

                                               **AFFIRMATION**

RICHARD CHENEY, former Vice President
of the United States, DONALD RUMSFELD,
former Secretary of the Department of Defense,
General RICHARD MYERS (Ret.), USAF,

    *Defendants-Appellees*,

JOHN DOES NOS. I-X, in their
individual capacities,

    *Defendants*.

      I, Dennis Cunningham, counsel for plaintiff-Appellant herein, pursuant to the Order of Court of February 8, 2012, hereby affirm and certify to the Court that I am not now engaged in any case pending before any United States Court located within the territory of the Second Circuit, except for the instant case.

Dated: February 9, 2012                  /S/_____
                                                    Dennis Cunningham