# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of March, two thousand twelve,

Present:
>  Ralph K. Winter,
>  John M. Walker,
>  José A. Cabranes,
>   *Circuit Judges*.

---

April Gallop, individually and for her minor child, E.G.,

> Plaintiff - Appellant,

v.

Richard Cheney, former Vice Present of the United States of America, Donald Rumsfeld, former United States Secretary of Defense, General Richard Myers, (Ret.), United States Air Force,

> Defendants - Appellees,

and

John Does, 1-X, all in their individual capacities,

> Defendants.

**ORDER**

Docket Number: 10-1241

---

Pursuant to the recommendation of the Court-appointed Special Master, Judge Brian M. Cogan, it is hereby ORDERED his report be filed and docketed and the instant be closed.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

