UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

March 5, 2012

To:     Judges Ralph K. Winter, John M. Walker, and Jose A. Cabranes

Re:     Gallop v. Cheney, No. 10-1241-cv
        (Argued: April 5, 2011)

### MEMORANDUM OF SPECIAL MASTER BRIAN M. COGAN

Pursuant to the February 3, 2012 Order of the United States Court of Appeals for the Second Circuit appointing me as Special Master, I respectfully submit this memorandum regarding my recommendation as to the disposition of this matter.

By Order dated October 14, 2011, this panel imposed sanctions on Dennis Cunningham, Mustapha Ndanusa, and William W. Veale for filing a frivolous appeal, and ordered them to pay the government double costs in addition to damages in the amount of $15,000. The panel further sanctioned Veale with the requirement that, for a period of one year, he provide notice of the sanctions imposed against him in connection with this appeal to any federal court within the Second Circuit before which he appears.

By Amended Order dated February 3, 2012, the panel sanctioned Cunningham with the same reporting requirement imposed on Veale. Additionally, the Court vacated the sanctions against Ndanusa. Finally, the Court appointed me as Special Master to ensure full and prompt compliance with the Mandate.

On February 7, 2012, I held a telephone conference to discuss the status of Cunningham's and Veale's fulfillment of their obligations under this Court's Orders. Cunningham, Veale, Ndanusa, and Assistant United States Attorney Alicia Marie Simmons appeared at the conference. The parties confirmed that Veale had paid $15,000 to the Government, and that there were no outstanding issues regarding that sanction. Further, the Government advised that it had not incurred any costs in defending plaintiff's action in the district court or on appeal, and would not pursue an award of costs for the appeal. Accordingly, the Government took the position that Cunningham and Veale are not required to remit any additional sum of money to the Government in order to comply with the Mandate.

On February 8, 2012, I ordered Cunningham and Veale to submit, by February 10, 2012, an affidavit or affirmation confirming that the affiant had provided notice of the sanctions imposed against him to all federal courts within the Second Circuit in any open case in which he had appeared; alternatively, the affidavit could state that the affiant is not engaged in any open case before a federal court in this Circuit. Veale and Cunningham complied with this Order on February 10, 2012 and February 13, 2012, respectively.

Based on my telephone conference with the parties, the affidavit of Veale and affirmation of Cunningham, and my review of the Orders issued in this appeal, I find that Cunningham and Veale have complied with each of their obligations in this matter. I therefore respectfully recommend that the Court close this case.

Very truly yours,

s/BMC

Brian M. Cogan

United States District Judge
Eastern District of New York