# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

May 4, 2012

Clerk
United States Court of Appeals for the Second
Circuit
1702 US Courthouse, Foley Sq.
New York, NY 10007

    Re: William W. Veale and Dennis Cunningham
        v. United States Court of Appeals for the Second Circuit
        No. 11-1325
        (Your No. 10-1241)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 2, 2012 and placed on the docket May 4, 2012 as No. 11-1325.

Sincerely,

**William K. Suter**, Clerk

by

Erik Fossum
Case Analyst